## SETTLEMENT AGREEMENT

This **SETTLEMENT AGREEMENT** (the "Agreement") by and between ALICESON TRIMPE STROUB (hereinafter "Ms. Stroub" or "the Plaintiff") and KENNETH OAKLEY CAUDILL, individually and on behalf of KC Photography (hereinafter "Mr. Caudill" or "the Defendant") and the terms and conditions of this Agreement are effective as to these parties as of the date of the execution by each as reflected below. This Agreement is entered into for the purpose of resolving the litigation currently pending in the Eastern District of Kentucky Federal Bankruptcy Court styled as *Stroub v Caudill*, Case No. 10-05002 and to avoid further costs associated with continuing this litigation. Both parties have therefore agreed to the following terms:

## AGREED FACTS

Ms. Stroub engaged the services of KC Photography on or about January 28, 2005 to photograph her wedding on December 31, 2005. The parties agreed Mr. Caudill would photograph the wedding and produce certain photography products, including a photo album. Mr. Caudill photographed the wedding but the only photography product produced was an engagement photo to the bride's local paper.

Mr. Caudill filed a pro se bankruptcy case in the Eastern District of Kentucky, Case Number 09-53284 ("the Bankruptcy Case") on October 14, 2009. The Debtor listed the Plaintiff on Schedule F as an unsecured creditor.

On January 11, 2010 the Plaintiff filed Adversary Proceeding 10-05002 in the Bankruptcy Court of the Eastern District of Kentucky seeking a Judgment of the Court finding the 'debt' as listed by the Defendant in his Chapter 7 petition was non-dischargeable. More specifically, the Plaintiff asserted that the 'debt' owed to the Plaintiff was in the nature of a particular personal service rather than the payment of money and therefore the Court should order, by way of a Judgment, that the Defendant perform the services for which he was contracted. It was further alleged that the Defendant was still operating a photography business and therefore fully capable of specific performance as per the terms of the original contract between the Plaintiff and the Defendant.

## RECITALS

Wherefore, the Plaintiff and the Defendant agree to the following terms and conditions of settlement:

1. The Plaintiff will make a selection of photos <u>within 10 days of the execution of this agreement</u> to be included in her Designer photo album.

2. The Defendant will produce an order form for the Designer photo album <u>within 3 days of the execution of this agreement</u> and will arrange for the preparation and printing of said Designer photo album for the Plaintiff <u>within 45 days of the execution of this agreement</u>.

3. The Defendant will repay the Plaintiff the amount of $646.00 (SIX HUNDRED AND FORTY SIX DOLLARS), plus any activation fee necessary for the pre-paid debit card, at the rate of $25.00 (TWENTY FIVE DOLLARS) per month. These payments will be made in the form of a Cashier's Check or Money Order made payable to "Aliceson Stroub" and will be made no later than the 15th day of the month beginning in June of 2010 and continuing until the 15th day of July 2012. A final payment of $21 will be made on the 15th day of August 2012.

4. Should the Plaintiff desire additional prints, in excess of those ordered and paid pursuant to the original January 28, 2005 contract for services with KC Photography, the Defendant may produce such additional prints for the Plaintiff at the current standard rate for KC Photography. The Defendant will provide a 50% discount for any additional prints ordered, up to a total discount not to exceed $250.

5. The Plaintiff has agreed to provide a pre-paid debit card for use by the Defendant to cover the printing costs of the Designer photo album. The Defendant will provide Plaintiff's counsel with a copy of the invoice of the third party vendor that will perform the printing services to validate the amount needed on the pre-paid debit card which the Defendant has stated would be $196.00 (ONE HUNDRED AND NINETY SIX DOLLARS). The pre-paid debit card will be mailed to the Defendant by Certified Mail, within 15 days of the receipt of the third party vendor invoice, at the following address:

    Kenny Caudill    145 Armitage Dr.    Richmond KY 40475

6. The Defendant will make the monthly payments as provided in Paragraph #3 above, as full satisfaction of all claims that the Plaintiff (or anyone deriving rights from the Plaintiff) may have for specific performance of the terms of this Agreement by the Defendant as well as any rights or causes of action the Plaintiff may have against the Defendant for failing to produce the photography services and products pursuant to the original agreement between the Plaintiff and Defendant entered into on the 28th day of January 2005.

**NOW, THEREFORE**, and in consideration of the above recitals as set out above and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Ms. Stroub and Mr. Caudill further covenant and agree as follows:

1. The Plaintiff hereby releases and forever discharges KC Photography and the Defendant, individually, of and from all claims, causes of actions, suits, debts, agreements, damages, judgments, executions, and demands whatsoever ("Claims"), in law or in equity, which the Plaintiff has, known or unknown, which arise from or that are based upon or related to any action(s) or failures to act by the Defendant regarding the Trimpe-Stroub wedding contract of January 28, 2005 and which occurred prior to the date of the execution of this agreement.

2. Plaintiff hereby agrees to provide a pre-paid debit card, under the terms and conditions as set out in the Recitals above, in the amount of $196.00 (ONE HUNDRED AND NINETY SIX DOLLARS) plus any activation fee. Plaintiff will also provide to the Defendant her selection of photos to be included in the Designer photo album within 10 days of the execution of this agreement.

3. Plaintiff covenants that upon completion of the Defendant's performance of all of the terms and conditions of this agreement, she will forevermore forbear and refrain from the institution or prosecution of any claims, court proceedings or causes of action whatsoever arising from or related to the January 28, 2005 contract for services with KC Photography. This covenant may be pleaded as an absolute defense to any court pleading or action brought against Defendant or KC Photography by the Plaintiff as of the date of this Agreement.

4. Mr. Caudill agrees that he will:

   a. provide the necessary order form for the Designer album within 3 days of the execution of this agreement;

   b. produce the Designer album within 45 days of the execution of this agreement;

   c. maintain quality professional standards in the production of the Designer Photo Album and any other prints Ms. Stroub may order;

   d. discount 50% of the purchase price of any additional prints ordered by Ms. Stroub, up to a total discount of $250; any additional costs will not be discounted;

   d. produce all of Plaintiff's digital files in a usable format within 45 days of the execution of this agreement;

   e. produce a copyright release to Plaintiff regarding her digital images within 45 days of the execution of this agreement;

   f. make payments of $25 per month by the 15th of each month beginning on June 15, 2010. Defendant will make these payments by mail directed to the Plaintiff at the following address:   Aliceson Stroub
   102 Yearling Court
   Georgetown KY 40324

   g. continue to make payments until the balance of $196 (plus any activation fee) plus $550 is paid in full. Defendant may make payments greater than $25 if he so chooses and that will advance the date on which the balance is paid in full.

5. Defendant acknowledges that should he fail to comply with the terms of this agreement, the agreement shall serve as evidence in either the re-filing of the Plaintiff's adversary proceeding in the Eastern District Federal Bankruptcy Court or the filing of a collection action in any Kentucky state court proceeding to enforce compliance with the terms of this agreement.

6. This Agreement shall be construed under and in accordance with the laws of the State of Kentucky.

7. This settlement is made for the express purpose of avoiding the expense of litigation and to resolve the dispute among the parties and is not, nor shall it be construed as, an admission of liability on the part of the Defendant.

8. Further, the Plaintiff and the Defendant acknowledge and agree:

   a) that they have read this Agreement in its entirety and fully understand its terms and conditions;
   b) that time is of the essence as regards compliance with the terms of this Agreement;
   c) that they have discussed this Agreement with counsel, or in the case of the Defendant, he acknowledges his election to enter into this Agreement without seeking the advice of an attorney;
   d) that this Agreement constitutes the entire agreement between the parties, and
   e) by their respective signatures below, represent that there has been no other promises or inducements made in connection with the execution of this Agreement other than those specifically set forth above.

**IN WITNESS WHEREOF**, the Plaintiff, Aliceson Stroub and the Defendant, Kenneth Oakley Caudill, individually and on behalf of KC Photography, hereby execute this SETTLEMENT AGREEMENT effective on the day and year written below.

6/2/10
Date

_Aliceson Stroub_
Aliceson Stroub
102 Yearling Court
Georgetown KY 40324

STATE OF KENTUCKY, COUNTY OF FAYETTE

Subscribed and sworn to before me by Aliceson Stroub on this the 2nd day of June 2010.

My Commission expires: 10-24-11

_Marie E. Toes_
Notary, State At Large, Kentucky

5-28-10
Date

_Kenneth Caudill_
145 Armitage Dr.
Richmond KY 40475

STATE OF KENTUCKY, COUNTY OF MADISON

Subscribed and sworn to before me by Kenneth Caudill on this the 28th day of May 2010.

My Commission expires: 1/31/2011

_____
Notary, State At Large, Kentucky

UNDERSIGNED COUNSEL STATES THAT THE ABOVE AGREEMENT WAS PREPARED BY HER ON BEHALF OF THE PLAINTIFF. FURTHER, COUNSEL STATES THAT SHE APPROVES THE TERMS AND CONDITIONS OF THE FOREGOING *SETTLEMENT AGREEMENT*.

_____
Lesley A. Cayton
Friend & Associates, PSC
PO Box 1488
Georgetown KY 40324
Phone: 859.317.1085
Fax: 502.614.4973
KY Bar #93066
COUNSEL FOR THE PLAINTIFF